UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA

VS.                                                    CASE NO: 2:12-mj-1154-SPC

HUGO CAMACHO and
LEONARDO CAMACHO

### **ORDER**

This matter comes before the Court on Request for Leave to Dismiss Complaint (Doc. #25) filed on November 1, 2012. Pursuant to Fed. R. Crim. P. 48(a), the United States moves the Court to dismiss the Complaint against Defendants Hugo Leonel Camacho and Leonardo Rivera Comacho without prejudice. The Court, having considered the motion, will dismiss without prejudice the Complaint against the Defendants as outlined below.

Accordingly, it is now

**ORDERED:**

1) The Request for Leave to Dismiss Complaint (Doc. #25) is **GRANTED**. The Clerk of Court is directed to close the case as to Defendants Hugo Leonel Camacho and Leonardo Rivera Camacho.

2) The bond relating to Hugo Leonel Camacho is hereby exonerated and the Defendant is released from any terms and conditions imposed by the Court for release. The Clerk is directed to return the surrendered passport, if any, to the Defendant.

3) Defendant Leonardo Rivera Camacho shall be released from the custody of the U.S. Marshals as it relates to these charges.

**DONE AND ORDERED** at Fort Myers, Florida, this 1st day of November, 2012.

*Sheri Polster Chappell*
SHERI POLSTER CHAPPELL
UNITED STATES MAGISTRATE JUDGE

Copies: Counsel of Record